UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JULIAN REBIGA,
                Defendant.

22-CR-650-3 (JPO)

ORDER

---

J. Paul Oetken, District Judge:

    Defendant Julian Rebiga has moved to reopen his detention hearing. (ECF No. 48.) The Government opposes his motion. (ECF No. 49.)

    The Court recognizes that new information regarding a defendant's medical condition and treatment may in some circumstances warrant the reopening of a detention hearing under 18 U.S.C. § 3142(f). *See, e.g., United States v. Martin*, 447 F. Supp. 3d 399, 401 (D. Md. 2020). The Court does not find, however, that Defendant has established such circumstances here. The Defendant does not appear to be suffering from an acute or chronic medical condition requiring immediate medical attention that cannot be adequately addressed by the BOP. If circumstances materially change, he may request reopening of the detention hearing again.

    Defendant's request to reopen the detention hearing is denied.

    The Clerk is directed to close ECF No. 48.

    SO ORDERED.

Dated: August 1, 2023
       New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge