**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2023

> Granted.
> The appearance bond as to defendant Julian Rebiga (Docket Item 34) is hereby exonerated.
> So ordered.
> 9/15/2023
>
> /s/ J. PAUL OETKEN
> United States District Judge

**BY ECF**

The Honorable J. Paul Oetken
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 706
New York, New York 10007

Re:   **United States v. Julian Rebiga**
      **22-CR-0650-JPO-3**

Dear Judge Oetken:

Julian Rebiga, through undersigned counsel, respectfully moves the Court for an order exonerating the $75,000 bond that was set for Mr. Rebiga, which was secured by property located at 902 Firmona Avenue Redondo Beach, California 90278. *See* Doc. 34. Now that Mr. Rebiga is in custody, the bond is no longer necessary. Furthermore, exonerating the bond will allow Mr. Rebiga to complete the sale of the above-listed property.

Undersigned counsel has conferred with the government about this request. The government consents to an order exonerating the $75,000 bond secured by the Redondo Beach, California property.